In the Matter of the Claim of HAZEL DOMINO, Respondent, against MADISON COUNTY CONSTRUCTION COMPANY et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal from a decision and award of death benefits by the State Industrial Board. The sole issue is whether decedent was an employee of the appellant employer. The employer contended that decedent was not an employee but merely had been given an opportunity to demonstrate whether he could operate a machine known as a digger. We think there was sufficient evidence from which the Board might draw the inference of employment. Award affirmed, with costs to the State Industrial Board. All concur.

In the Matter of the Claim of MARY PARSONS, Respondent, against DESPATCH SHOPS, INC., et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal from a decision denying an application for a refund from the aggregate trust fund. Beneficiary obtained employment on November 2, 1942, but met an accidental death four days later. Any change in conditions resulted from the beneficiary's death. Award affirmed, with costs to the State Industrial Board. All concur. [See *post*, p. 935.]

In the Matter of the Claim of SONIA JOHNSON et al., Infants, Respondents, against HARVEY E. DODDS COMPANY et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award for disability and death benefits to two minors, payable to their mother, on account of the death of their father. The question here is one of causal relation between the injury and the death. The close sequence of events, together with the other testimony is sufficient to sustain the finding. Award affirmed, with costs to the State Industrial Board. All concur.